# 856 CASES REPORTED WITH BRIEF SYLLABI.

to abide event, payable out of the estate. Held, that the verdict of the jury is against the weight of the evidence on the question of testamentary capacity. All concur, except Hubbs, J., who dissents and votes for affirmance.

SEIRN B. COLE, Appellant, v. DAHLSTROM METALLIC DOOR COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

FRANK BROWN, Plaintiff, v. GERMAN ROCK ASPHALT Co., INC., Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concur, except Davis, J., who dissents, upon the authority of *Hayman* v. *City of New York* (163 App. Div. 195); *Merwin* v. *City of Utica* (172 id. 51), and *Wensley* v. *City of New York* (173 id. 248).

GRACE BROWN, Plaintiff, v. GERMAN ROCK ASPHALT Co., INC., Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concur, except Davis, J., who dissents, upon the authority of *Hayman* v. *City of New York* (163 App. Div. 195); *Merwin* v. *City of Utica* (172 id. 51), and *Wensley* v. *City of New York* (173 id. 248).

THE MERCHANTS NATIONAL BANK OF WORCESTER, MASSACHUSETTS, Appellant, v. GEORGE BAKER LONG and Others, Respondents. LONDON GUARANTEE AND ACCIDENT COMPANY, LTD., Appellant.— Judgment affirmed, with costs. All concur; Sears, J., not sitting.

In the Matter of the Estate of HENRY S. BURDICK, Deceased.— Decree affirmed, with costs. All concur, except Hubbs, J., who dissents.

FRED P. TOWER, Respondent, v. HASKELL BROTHERS CORPORATION, Appellant.— Judgment affirmed, with costs. All concur.

A. WENTWORTH ERICKSON, Respondent, v. SYLVANUS J. MACY, Appellant.— Judgment affirmed, with costs. All concur.

CHARLES H. PASHO, Respondent, v. ONONDAGA TRADING Co., INC., Appellant. — Judgment and order affirmed, with costs. New trial in Municipal Court to be had on the 28th day of November, 1922, at ten A. M. All concur.

BOARD OF EDUCATION OF THE CITY OF ROCHESTER, Appellant, v. CLARENCE D. VAN ZANDT and Others, Respondents.— Judgment affirmed, with costs. All concur.

CUTLER J. CAINON, Respondent, v. J. WAYNE McVEAGH and Others, Doing Business under the Name and Style, THE NEW ERA ORE REDUCTION COMPANY, and Others, Appellants.— Order reversed, without costs, and judgment vacated, without prejudice to a renewal of the motion at Special Term upon new papers, and permission granted to the defendants to move to amend their answer, it appearing now that the answer admits a material allegation of the complaint, but that defendant's affidavit denies it. All concur.

ALBERT WYSOTA, Respondent, v. WEBSTER BASKET COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

KONSTANTY ZAWADSKI, as Administrator, etc., of MARY ZAWADSKI, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur; Sears, J., not sitting.

JOSEPH MICHAELS and Others, Respondents, v. SIDNEY HILLMAN, Individually and as President, etc., and Others, Appellants.— Three appeals dismissed, without costs, upon stipulation filed.